UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America  ,<br><br>     Plaintiff,<br><br>  v.<br><br>Porath, et al., ,<br><br>     Defendant. | Case No.  2:13-cv-2436 TLN KJN<br><br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby
ENTERED again defendants:


Ronald B. Porath; Marzella J. Porath


April 16, 2015                                    MARIANNE MATHERLY, CLERK

                 By: /s/ A. Benson , Deputy Clerk