1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:13-cv-02436-TLN-KJN |
| Plaintiff, ) | |
| ) | **AMENDED** |
| v. ) | **DEFAULT JUDGMENT** |
| ) | |
| RONALD B. PORATH and ) | |
| MARZELLA J. PORATH, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This Amended Default Judgment supersedes and replaces the Court's prior Default Judgment (Dkt. 20). **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendants:

Ronald B. Porath and in favor of the United States in the amount of $16,572.06, plus interest and other statutory additions from January 9, 2015, which represents the unpaid balance of the federal income tax liabilities assessed against Ronald B. Porath for the tax years 2006, 2007, and 2008, together with accrued but unassessed interest and other statutory additions, together with statutory interest and other additions accruing thereafter pursuant to 26 U.S.C. §§ 6601, 6621 & 6622, and 28 U.S.C. § 1961(c) until paid; and

///

///

Marzella J. Porath and in favor of the United States in the amount of $17,951.25, plus

1  interest and other statutory additions from January 9, 2015, which represents the unpaid
2  balance of the federal income tax liabilities assessed against Marzella J. Porath for the tax
   years 2006, 2007, and 2008, together with accrued but unassessed interest and other
   statutory additions, together with statutory interest and other additions accruing thereafter
3  pursuant to 26 U.S.C. §§ 6601, 6621 & 6622, and 28 U.S.C. § 1961(c) until paid.

4  Date:  April 23, 2015        , 2015.

5                                          MARIANNE MATHERLY, CLERK

6
                                            By:   /s/ A. Benson
7                                           Deputy Clerk