IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> RONALD B. PORATH and ) <br> MARZELLA J. PORATH, ) <br> ) <br>     Defendants. ) <br> _____ ) | Case No. 2:13-cv-02436-TLN-KJN <br><br> **AMENDED ORDER GRANTING MOTION FOR ORDER CONFIRMING SALE AND DISTRIBUTION OF FUNDS** |

      The United States of America ("United States") has moved the Court for an order confirming the sale of real property located at 2278 Rainbow Road, #27, Meyers, California (the "Meyers Property"). The Meyers Property was sold on October 15, 2015 for $92,000.00. Based on the United States' motion, and no opposition having been received, the Court hereby GRANTS the United States' motion and CONFIRMS the sale of the Meyers Property, which is legally described as follows:

    "LOT 27, RAINBOW TRACT," NEAR MYERS, EL DORADO COUNTY,
    CALIFORNIA.
    APN: 035-100-03-200
    Commonly Known As: 2278 Rainbow Road, #27
    Meyers, CA

The sale of the Meyers Property is free and clear of any lien or interest of any of the named defendants. The Internal Revenue Service shall issue a deed for the Meyers Property to the purchasers.

IT IS FURTHER ORDERED THAT the clerk is authorized and directed to draw checks on the funds deposited in the registry of this court in the principal amount of $92,000.00 plus all accrued interest, minus any statutory users fees, payable to the following payees and mail or deliver the checks to the payees at the following addresses:

1. To the Internal Revenue Service ("IRS") for costs of the judicial sale in the amount of $514.79 by check made payable to the "United States Treasury" and mailed to:

> IRS PALS, SA-5209
> c/o Hallie Lipscomb
> 4330 Watt Avenue
> Sacramento, CA 95821

The check shall bear a notation for Tax Parcel No. 035-100-03-200 and Porath.

2. To El Dorado County, California, for any secured real property tax liens in the amount of $1,561.39. The check shall be made payable to "C.L. Rafferty, C.P.A." and mailed to:

> C.L. Rafferty, C.P.A.
> Tax Collector
> P.O. Box 678002
> Placerville, CA 95667-8002

The check shall bear a notation for Tax Parcel No. 035-100-03-200.

3. The remainder to the United States for the federal tax liens against Ronald B. Porath and Marzella J. Porath arising out of the IRS assessments of federal income tax liabilities against them for the following years:

    a. tax years 2006, 2007, and 2008 against Ronald B. Porath and Marzella J. Porath;

      b.      tax year 1999 against Ronald B. Porath and Marzella J. Porath;

      c.      tax years 2000, 2001, 2002, 2003 against Ronald B. Porath; and

      d.      tax years 2000, 2001, 2002, 2003, 2004, 2005 against Marzella J. Porath,

by check made payable to the "Department of Justice" and mailed to:

    Tax FLU, Office of Review
    U.S. Dept. of Justice Tax Division
    P.O. Box 310
    Ben Franklin Station
    Washington, D.C. 20044-0310

The check shall bear a notation for CMN 2011101273.

IT IS SO ORDERED.

Dated: June 16, 2016

                            Troy L. Nunley
                            United States District Judge